MILES D. SCULLY (SBN: 135853)
ALLISON F. BORTS (SBN: 197895)
JUSTIN D. LEWIS (SBN: 239686)
GORDON & REES, L.L.P.
101 W. Broadway, suite 2000
San Diego, California 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for defendant
TELETECH SERVICES CORPORATION

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. CALKINS,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation, TELETECH SERVICES CORPORATION, a Colorado corporation, and DOES 2 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV13-0760<br><br>**NOTICE OF REMOVAL UNDER 28 U.S.C. § 1332(d) (CLASS ACTION FAIRNESS ACT OF 2005)**<br><br>Jury Trial Demanded |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

1. On February 17, 2012, an action was commenced in the Superior Court of California in Santa Clara County, entitled *Calkins v. Google, Inc.*, as case number 1-12-CV-218874. A copy of the complaint is attached hereto as Exhibit A. On October 12, 2012, plaintiff in that action filed a first amended complaint, a copy of which is attached hereto as Exhibit B. Plaintiff alleges that defendants recorded phone calls in violation of California Penal Code section 632.

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, and is one which may be removed to this Court by defendant TeleTech Services Corporation ("TeleTech") pursuant to

- 1 -
**NOTICE OF REMOVAL**

BY FAX

the provisions of 28 U.S.C. section 1332(d) in that it is a putative class action alleged to involve more than 100 class members, the amount in controversy exceeds $5,000,000, and minimal diversity exists as between plaintiff and defendants.

3. Minimal diversity of citizenship exists in that plaintiff is a California citizen, while TeleTech is a Colorado corporation with a principal place of business in Colorado.

4. When this action was originally filed, the complaint did not allege an amount in controversy in excess of $5,000,000. Neither does the operative first amended complaint allege an amount in controversy in excess of $5,000,000. At no point in the proceedings to date has plaintiff filed or served any other paper alleging an amount in controversy in excess of $5,000,000.

5. However, TeleTech has learned that there will, in fact, be greater than 1,000 phone calls in dispute.

6. Plaintiff alleges that each class member is entitled to $5,000 in statutory damages for each separate alleged violation of California Penal Code section 632. Given that the number of disputed calls will exceed 1,000, it is now clear that the amount in controversy exceeds $5,000,000.

7. The remaining exhibits attached hereto constitute additional documents filed and served in this action.

Dated: February 20, 2013

GORDON & REES, L.L.P.

By: *Justin D. Lewis*
Miles D. Scully
Allison F. Borts
Justin D. Lewis
Attorneys for defendant
TELETECH SERVICES CORPORATION

- 2 -
NOTICE OF REMOVAL

## DEMAND FOR JURY TRIAL

Defendant TeleTech Services Corporation hereby demands trial by jury.

Dated: February 20, 2013

GORDON & REES, L.L.P.

By: *Justin D. Lewis*
Miles D. Scully
Allison F. Borts
Justin D. Lewis
Attorneys for defendant
TELETECH SERVICES CORPORATION