UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. CALKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-00760-JST<br><br>**ORDER REGARDING "NOTICE OF MANUAL FILING" OF DOCUMENTS UNDER SEAL**<br><br>Re: Dkt. No. 18 |

Plaintiff Calkins filed a "notice" that he lodged a document under seal on the basis that it was designated as confidential by Defendant Google. *See* Dkt. No. 18, Ex. 2. As Calkins failed to comply with the requirements of Civil Local Rule 79-5, the Court will not consider the document lodged by Calkins for the purpose of resolving his motion to remand.

Calkins shall consult this Court's standing order regarding the filing of documents under seal, which is available at http://www.cand.uscourts.gov/jstorders, before making any further requests to file a document under seal.

**IT IS SO ORDERED**.

Dated: April 11, 2013

                                              JON S. TIGAR
                                              d States District Judge