1    Gregory N. Karasik (SBN 115834)
     greg@karasiklawfirm.com
2    **Karasik Law Firm**
     11835 W. Olympic Blvd. Ste. 1275
3    Los Angeles, CA 90064
     Tel (310) 312-6800
4    Fax (310) 943-2582

5    Attorneys for Plaintiff
     DAVID F. CALKINS

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   DAVID F. CALKINS, individually and on        Case No. 3:13-CV-00760-JST
     behalf of other persons similarly situated,
12                                                 CLASS ACTION
                         Plaintiff,
13                                                 **STIPULATION RE CONTINUANCE OF
               vs.                                 CASE MANAGEMENT CONFERENCE
14                                                 PENDING MOTION FOR REMAND AND
     GOOGLE INC., a Delaware corporation;          [PROPOSED] ORDER THEREON**
15   TELETECH SERVICES CORPORATION, a
     Colorado corporation; and DOES 2 through
16   10.

17                       Defendants.

18

19

20        Plaintiff David F. Calkins ("Plaintiff") and defendants Google Inc. ("Google") and TeleTech

21   Services Corporation ("TeleTech"), by and through their respective counsel of record, hereby enter

22   into the following Stipulation re Continuance of Case Management Conference Pending Motion for

23   Remand and mutually request the Court to enter an order in accordance herewith.

24                                  **STIPULATION**

25        1.    Plaintiff filed the complaint in this action in state court on February 24, 2012.  In the

26   complaint, only Google is named as a defendant.

27        2.    Plaintiff filed a First Amended Complaint in state court on October 12, 2012.  In the

28   First Amended Complaint, Plaintiff added TeleTech as a defendant.

1    3.    On February 20, 2013, TeleTech removed the case to federal court on the grounds of

2  diversity jurisdiction under the Class Action Fairness Act.

3    4.    On March 14, 2013, the Court scheduled a Case Management Conference for June 5,

4  2013.

5    5.    On March 15, 2013, Plaintiff filed a motion for remand.  The remand motion was

6  originally noticed for hearing on May 2, 2013.

7    6.    On April 11, 2013, the Court continued the hearing on Plaintiff's motion for remand to

8  June 27, 2013.

9    7.    In light of the pendency of Plaintiff's motion for remand, the parties mutually request

10  that the Case Management Conference scheduled for June 5, 2013 be continued to a date convenient

11  for the Court approximately 30 days after the hearing on Plaintiff's remand motion.

12

13  Dated:  May 24, 2013                          KARASIK LAW FIRM

14

15                                    By    /s/ Gregory N. Karasik
                                           Gregory N. Karasik
16                                           Attorneys for Plaintiff

17  Dated:  May 24, 2013
18                                           GORDON & REES LLP

19                                    By    /s/ Justin Lewis
                                           Justin Lewis
20                                           Attorneys for Defendants

21

22                                    **ORDER**

23  Good cause having been shown, the foregoing stipulation is hereby approved and it is ordered that, in

24  light of the pendency of Plaintiff's motion for remand, the Case Management Conference scheduled

25  for June 5, 2013 is hereby continued to _____July 31_____, 2013 at 2:00 p.m.

26

27  Dated: _May 28, 2013_____                    _____
                                           United States District Court Judge
28                                           JON S. TIGAR

STIPULATION RE CONTINUANCE AND ~~PROPOSED~~ ORDER