UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID F. CALKINS,

    Plaintiff,

v.

GOOGLE, INC., et al.,

    Defendants.

Case No. 13-cv-00760-JST

**ORDER VACATING HEARING AND DENYING STIPULATED REQUEST AS MOOT**

Re: ECF Nos. 18, 28

A hearing on Calkins' motion to remand is scheduled for a hearing on June 27, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission. The parties' stipulated request to continue the hearing to July 11, 2013, is DENIED as moot.

**IT IS SO ORDERED**.

Dated: June 18, 2013

_____
JON S. TIGAR
United States District Judge